# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-1820 MRW | Date | September 18, 2018 |
|---|---|---|---|
| Title | Adriana Salas v. Sodexo, Inc. et al | | |

Present: The Honorable Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER RE: DISMISSAL

The parties filed a stipulation to dismiss this case with prejudice. (Docket # 23.) This action is dismissed with prejudice.